826

Solicitor General, *Assistant Attorney General Morton, Roger P. Marquis* and *Harold S. Harrison* for the United States.

No. 112. ROSENBLUM ET AL., TRUSTEES, *v.* NEISNER BROS., INC. C. A. 7th Cir. Certiorari denied. *Samuel Morgan* for petitioners. *Frank G. Marshall* for respondent.

No. 116. EGGLETON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Fred J. Karem* for petitioner. *Simon E. Sobeloff,* then Solicitor General, *Assistant Attorney General Rice* and *Dickinson Thatcher* for the United States.

No. 117. TOMLINSON *v.* FORD MOTOR Co. C. A. 6th Cir. Certiorari denied. *Theodore T. Sindell* for petitioner. *James A. Butler* for respondent.

No. 118. HARTFORD ACCIDENT & INDEMNITY Co. *v.* PACIFIC EMPLOYERS INSURANCE Co. C. A. 9th Cir. Certiorari denied. *Walter O. Schell* for petitioner. *Frank W. Woodhead* for respondent.

No. 119. SEITZ ET AL. *v.* TOOLAN ET AL. C. A. 3d Cir. Certiorari denied. *Archibald Palmer* for petitioners. *Max M. Albach* for Toolan et al., and *Theodore D. Parsons* for Hayes et al., respondents.

No. 121. CAMP WOLTERS ENTERPRISES, INC., *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *R. B. Cannon* for petitioner. *Simon E. Sobeloff,* then Solicitor General, *Assistant Attorney General Rice* and *Harry Baum* for respondent.